# IN THE UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio

**In the Matter of**:                            }
                                                 }  Case No.: 12-bk-59870
Gregory White                                    }
                                                 }
                                                 }  Chapter 13
                                                 }
**Debtor(s)**                                    }

## Notice of Change of Address

**My Former Mailing Address was**:

Name:         Gregory White

Street:       5324 Puffin Nest Way

City, State, Zip: Canal Winchester, OH 43110

**Please be advised that effective September 1, 2016
my new mailing address is:**

Name:         Gregory White

Street:       PO Box 51

City, State, Zip: Brice, OH 43109

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on September 1, 2016 to the following:

**Trustee:**
Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Gregory White
PO Box 51
Brice, OH 43109

    Respectfully Submitted,
    <u>/s/ Erin E. Schrader</u>
    Erin E. Schrader (0078078)
    Rauser & Associates
    5 East Long St., Suite 300
    Columbus, OH 43215
    (614) 228-4480